FILED

03/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0324

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0324

KALEB EDWARD DANIELS,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 27, 2023, within which to prepare, file, and serve its response brief.

TKP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 21 2023